IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID A. BREAUX,

    Petitioner,

  v.

JILL L. BROWN, Warden of the California State Prison at San Quentin,[1]

    Respondent.

No. CIV. S-93-0570 DFL DAD DP

NOTICE OF CASE MANAGEMENT CONFERENCE

**DEATH PENALTY CASE**

    The undersigned will hold a case management conference on November 7, 2005 at 10:30 a.m. in courtroom No. 27. The parties shall file status conference statements seven days prior to the conference. Counsel should be prepared to discuss the time for filing of a traverse, if any, and a schedule for the filing of any motion for an evidentiary hearing. Respondent's counsel is advised that the court is, by separate order, informing petitioner's counsel that, at the conclusion of the case management conference, respondent's counsel will be excused

---

[1] Jill L. Brown is substituted for her predecessors pursuant to Fed. R. Civ. P. 25(d)(1).

1

and the conference will continue ex parte with counsel for petitioner present to discuss budgeting procedures.

DATED: September 30, 2005.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
capital\breaux0570.05casemgtconf