FILED
FEB 16 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LODGED
FEB 2 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID A. BREAUX,

    Petitioner,

v.

S. W. ORNOSKI, Acting Warden of California State Prison at San Quentin,

    Respondent.

No. CIV S-93-0570 DFL DAD DP

**DEATH PENALTY CASE**

[PROPOSED] **ORDER GRANTING EX PARTE REQUEST FOR APPOINTMENT OF COUNSEL**

The ex part request of Petitioner David A. Breaux for appointment of counsel is granted. Quin A. Denvir is hereby appointed to represent Petitioner as co-counsel in this matter, pursuant to 18 U.S.C. §3006A and 21 U.S.C. §848.

    IT IS SO ORDERED.

DATED: February 15, 2006

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE