**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
*(916) 498-5700 Fax: (916) 498-5710*

Quin Denvir
*Federal Defender*

Daniel J. Broderick
*Chief Assistant Defender*

March 27, 2006

Mr. Quin Denvir
Attorney at Law
901 F Street, #200
Sacramento, CA 95814

**FILED**

MAR 2 7 2006

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

Re:  **Breaux v. Ornoski**
     Civ.S-93-570-DFL/DAD

Dear Mr. Denvir:

This will confirm your appointment as counsel by the Dale A. Drozd, U.S. Magistrate Judge, to represent the above-named petitioner. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 30 form, your Order of Appointment and Voucher for services rendered. However, this particular death penalty case has been budgeted for and thus, you must prepare your voucher on-line and submit to our office the hard copy of the voucher with the attached itemized sheets. If you have questions, please contact Sandy Andrews at the Circuit Executive Office at (415) 556-9584.

If we may be of any further assistance please feel free to call upon us at any time.

Very truly yours,

CYNTHIA L. COMPTON
CJA Panel Administrator

:clc
Enclosures

cc:   Clerk's Office

# CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER |
|---|---|---|---|---|
| CAE | Breaux, David A. | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 2:93-000570-001 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. TYPE PERSON REPRESENTED | 9. REPRESENTATION TYPE |
|---|---|---|
| David A. Breux v. Caldero | | Capital Habeas Corpus |

**10. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

**11. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS

DENVIR, QUIN A.
901 F Street
SUITE 200
SACRAMENTO CA 95814

Telephone Number: (916) 444-9845

**13. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)

**12. COURT ORDER**

- X O Appointing Counsel
- F Subs For Federal Defender
- P Subs For Panel Attorney
- C Co-Counsel
- R Subs For Retained Attorney
- Y Standby Counsel

Prior Attorney's Name: ___
Appointment Date: ___

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications required by law, is appointed to represent this person in this case.

(B) The attorney named in Item 11 is appointed to serve as: LEAD COUNSEL  CO-COUNSEL
Name of Co-Counsel or Lead Counsel: ___
Appointment Date: ___

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead counsel or co-counsel).

(D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

Signature of Presiding Judicial Officer By Order of the Court
Date of Order: 02/15/2006   Nunc Pro Tunc Date: ___

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment.  YES  NO

**14. STAGE OF PROCEEDING**
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

**CAPITAL PROSECUTION**
- a. Pre-Trial
- b. Trial
- c. Sentencing
- d. Other Post Trial
- e. Appeal
- f. Petition for the U.S. Supreme Court
- Writ of Certiorari

**HABEAS CORPUS**
- g. Habeas Petition
- h. Evidentiary Hearing
- i. Dispositive Motions
- j. Appeal
- k. Petition for the U.S. Supreme Court
- Writ of Certiorari

**OTHER PROCEEDING**
- l. Stay of Execution
- m. Appeal of Denial of Stay
- n. Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
- o. Other

| 15. | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| a. | In-Court Hearings (Rate per Hour = $ 163 ) | | | | IN COURT TOTAL (Category a) | IN COURT TOTAL (Category a) |
| b. | Interviews and Conferences with Client | | | | | |
| c. | Witness Interviews | | | | | |
| d. | Consultation with Investigators and Experts | | | | | |
| e. | Obtaining and Reviewing the Court Record | | | | | |
| f. | Obtaining and Reviewing Documents and Evidence | | | | OUT OF COURT TOTAL (Categories b - j) | OUT OF COURT TOTAL (Categories b - j) |
| g. | Consulting with Expert Counsel | | | | | |
| h. | Legal Research and Writing | | | | | |
| i. | Travel | | | | | |
| j. | Other (Specify on additional sheets) | | | | | |
| | Totals: Categories b thru j (Rate per hour = $ 163 ) | | | | | |
| 16. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 17. | Other Expenses (other than expert, transcripts, etc.) | | | | | |

| 18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM ___ TO ___ | 19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20. CASE DISPOSITION |
|---|---|---|

**21. CLAIM STATUS**  Final Payment  Interim Payment Number ___  Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  YES  NO  If yes, were you paid?  YES  NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  YES  NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: ___  Date: ___

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 27a. JUDGE CODE |
|---|---|---|
| | | |

LODGED
FEB 2 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
FEB 16 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID A. BREAUX,

    Petitioner,

v.

S. W. ORNOSKI, Acting Warden of California State Prison at San Quentin,

    Respondent.

No. CIV S-93-0570 DFL DAD DP

**DEATH PENALTY CASE**

[PROPOSED] ORDER GRANTING EX PARTE REQUEST FOR APPOINTMENT OF COUNSEL

The ex part request of Petitioner David A. Breaux for appointment of counsel is granted. Quin A. Denvir is hereby appointed to represent Petitioner as co-counsel in this matter, pursuant to 18 U.S.C. §3006A and 21 U.S.C. §848.

IT IS SO ORDERED.

DATED: February 15, 2006

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar No. 89424 |
| | Acting Federal Defender |
| 2 | JOSEPH SCHLESINGER, Bar No. 87692 |
| | Assistant Federal Defender |
| 3 | 801 I Street, Third Floor |
| | Sacramento, CA 95814 |
| 4 | (916) 498-6666 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID A. BREAUX,

    Petitioner,

v.

S. W. ORNOSKI, Acting Warden of California State Prison at San Quentin,

    Respondent.

No. CIV S-93-0570 DFL DAD DP

**DEATH PENALTY CASE**

**NOTICE OF FILING SEALED DOCUMENT**

(Local Rule 39-141(c))

    Petitioner David A. Breaux, by and through appointed counsel, is this day submitting in paper format for filing under seal, a proposed order regarding his ex parte application for appointment of counsel. Filing under seal is authorized by 18 U.S.C. §3006A and 21 U.S.C. §848.

DATED: February 2, 2006

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Acting Federal Defender

                                      /s/Joseph Schlesinger
                                      JOSEPH SCHLESINGER
                                      Assistant Federal Defender

                                      Attorney for David A. Breaux