IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID A. BREAUX

    Petitioner,                    No. 2:93-CV-0570 JAM DAD P

    vs.

S.W. ORNOSKI, et al.

    Respondent.                <u>ORDER</u>

                             /

        Petitioner is a state prisoner on death row. He is proceeding through counsel with an application for writ of habeas corpus under 28 U.S.C. § 2254. On July 10, 2012, the undersigned issued findings and recommendations and ordered that within twenty-one days of the district judge's final order on those findings and recommendations, the parties file statements regarding the scope of the evidentiary hearing as discussed at the conference held November 7, 2005, and as set forth in the findings and recommendations of January 6, 2004. (<u>See</u> Docket No. 226 at 19.) On June 13, 2013, the district judge approved and adopted the findings and recommendations of July 10, 2013.

////

////

1   IT IS THEREFORE ORDERED that in keeping with the order of July 10, 2012,
2 and the previous orders referenced therein, the parties shall file statements on or before July 8,
3 2013, regarding the scope of the evidentiary hearing necessary to resolve the outstanding claims in
4 this action.  The court will set a status conference after it receives and considers the parties'
5 statements.
6 DATED: June 20, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
brea0570.ord