1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID A. BREAUX,                          No.  2:93-cv-0570 JAM DAD DP

12              Petitioner,

13      v.                                      ORDER

14   S.W. ORNOSKI,

15              Respondent.

16

17          Pursuant to the stipulation of the parties, the following schedule is set for the briefing

18   addressing the question of whether new evidence may be permitted as to Claim S, Paragraph 13,

19   i.e., the so-called "narrowing claim":

20              Respondent's opening brief is due September 18, 2013.

21              Petitioner's brief in response is due November 17, 2013.

22              Respondent's reply (if any) is due December 17, 2013.

23         IT IS SO ORDERED.

24   Dated:  August 16, 2013

25                              _____

26                              DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE
27   Dad.capital
     Breaux briefing schedule.docx

28

                                        1