UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. BREAUX, | No. 2:93-cv-0570 JAM DAD DP |
| Petitioner, | |
| v. | ORDER |
| S.W. ORNOSKI, | |
| Respondent. | |

Pursuant to the stipulation of the parties, the following schedule is set for the briefing addressing the question of whether new evidence may be permitted as to Claim S, Paragraph 13, i.e., the so-called "narrowing claim":

   Respondent's opening brief is due September 18, 2013.

   Petitioner's brief in response is due November 17, 2013.

   Respondent's reply (if any) is due December 17, 2013.

IT IS SO ORDERED.

Dated: August 16, 2013

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad.capital
Breaux briefing schedule.docx

1