UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. BREAUX, | No. 2:93-cv-0570 JAM DAD P |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | |
| WARDEN, San Quentin State Prison, | |
| Respondent. | |

Petitioner is a state prisoner incarcerated under sentence of death. He is proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Good cause appearing, the deadline for the parties to submit statements listing proposed witnesses for the evidentiary hearing will be extended through October 15, 2014.

Accordingly, IT IS HEREBY ORDERED that the scheduling order (Doc. No. 257) is amended as follows: the parties shall submit statements listing proposed witnesses for the evidentiary hearing no later than October 15, 2014.

Dated: June 23, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
brea0570.eot(6.23.14)

1