IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID ANTHONY BREAUX,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　v.<br><br>**RON DAVIS, Warden of San Quentin State Prison,**<br><br>　　　　　　　　　　　Respondent. | 2:93-cv-00570-JAM-EFB<br><br>**JOINT PROPOSED SCHEDULE AND STATUS REPORT** |

| | | |
|---|---|---|
| QUIN DENVIR<br>Cal. State Bar No. 49374<br>Attorney at Law<br>1614 Orange Lane<br>Davis, CA  95616<br>Telephone:  (916) 444-9845<br>Fax:  (916) 444-2768<br>federaldenvir@gmail.com | RICHARD C. NEUHOFF<br>Cal. State Bar No. 54215<br>11 Franklin Square<br>New Britain, CT  06051<br>Telephone:  (860) 229-0433<br>Fax:  (860) 348-1942<br>rcneuhoff@earthlink.net | HEATHER E. WILLIAMS<br>Cal. State Bar No. 89424<br>Federal Defender<br><br>BRIAN ABBINGTON<br>Texas Bar No. 00790500<br>Assistant Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA  95814<br>Telephone:  (916) 498-6666<br>Fax:  (916) 498-6656<br>Brian_Abbington@fd.org |

Attorneys for Petitioner
DAVID ANTHONY BREAUX

| | | |
|---|---|---|
| KAMALA D. HARRIS<br>Cal. State Bar No. 146672<br>Attorney General of California<br><br>SEAN M. McCOY<br>Cal. State Bar No. 182516<br>HEATHER S. GIMLE<br>Cal. State Bar No. 203849<br>Deputy Attorneys General | | LARENDA R. DELAINI<br>Cal. State Bar No. 226715<br>Deputy Attorney General<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA  94244-2550<br>Telephone:  (916) 324-7590<br>Fax:  (916) 324-7590<br>Larenda.Delaini@doj.ca.gov |

Attorneys for Respondent
RON DAVIS, Warden, San Quentin State Prison

1

On January 5, 2016, this Court ordered the parties to submit by March 7, 2016, a joint proposed schedule and status report that shall include:  (1) a proposed schedule for any depositions; (2) a proposed deadline for the filing of any pre-hearing motions that either party deems appropriate; and (3) proposed dates for the evidentiary hearing.  (Docket Entry 290.)  The parties met and conferred on scheduling issues regarding the joint proposed schedule and status report on March 1, 2016, and respectfully submit this joint statement in response to the Court's order.

First, the parties are in agreement and anticipate that depositions of lay and expert witnesses will be completed by March 31, 2017.  More specifically, the parties anticipate that depositions will be completed as follows:

1.  April 1, 2016 through May 31, 2016: depositions of 14 lay witnesses living within the Sacramento area.

2.  June 1, 2016 through July 15, 2016:  depositions of five lay witnesses living outside the Sacramento area, but within California.

3.  July 18, 2016 through August 12, 2016:  depositions of two lay witnesses living outside of California, one in Missouri and the other in Louisiana.

4.  September 1, 2016 through November 30, 2016:  depositions of Petitioner's six expert and/or professional witnesses.

5.  By March 31, 2017:  complete depositions of Respondent's expert witnesses.

Second, the parties are in agreement and anticipate that any pre-hearing motions that either party deems appropriate, including any opposition and reply, will be filed by July 17, 2017, provided the parties complete depositions by March 31, 2017, as outlined above.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

<u>Third</u>, the parties are in agreement and offer August 7, 2017 through August 11, 2017, as proposed dates for the evidentiary hearing, during which the parties anticipate that eight or nine witnesses will testify live.

Dated: March 7, 2016

KAMALA D. HARRIS
Attorney General of California
SEAN M. MCCOY
HEATHER S. GIMLE
Deputy Attorneys General

*/s/ Larenda R. Delaini*
LARENDA R. DELAINI
Deputy Attorney General
Attorneys for Respondent
RON DAVIS, Warden

Dated: March 7, 2016

HEATHER W. WILLIAMS
Federal Defender

*/s/ Brian A. Abbington*
BRIAN A. ABBINGTON
Assistant Federal Defender

Dated: March 7, 2016

RICHARD C. NEUHOFF
Attorney at Law

*/s/ Richard C. Neuhoff*
RICHARD C. NEUHOFF

Dated: March 7, 2016

QUIN A. DENVIR
Attorney at Law

*/s/ Quin A. Denvir*
QUIN A. DENVIR
Attorneys for Petitioner
DAVID ANTHONY BREAUX

SA1993XW0005 / 12142538.doc