1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID ANTHONY BREAUX,                    No.  2:93-cv-0570-JAM-EFB (TEMP)

12              Petitioner,                   DEATH PENALTY CASE

13        v.

14   WARDEN, San Quentin State Prison,        ORDER

15              Respondent.

16

17        In an August 2015 joint statement, the parties identified the evidentiary hearing claims

18   which require live testimony, the claims which will be submitted solely on an expanded record,

19   and the outstanding claims which will not require unique fact finding.  ECF No. 284.  The parties

20   also tentatively identified witnesses to provide live testimony at the evidentiary hearing.  The

21   parties have now proposed a schedule for depositions, pre-hearing motions, and the evidentiary

22   hearing.  ECF No. 294.

23        The court finds the schedule proposed by the parties to be appropriate and supported by

24   good cause.  Accordingly, IT IS HEREBY ORDERED as follows:

25        1.  By March 31, 2017, the parties shall complete all depositions of lay and expert

26            witnesses.

27   /////

28   /////

1

2. All pre-hearing motions shall be briefed and noticed for hearing to be held no later than July 22, 2017.  *See* E.D. Cal. Local Rule 230(b).  The parties shall comply with Local Rule 230(c) and (d) for the filing of any opposition and reply briefs concerning any such motions.

3. The evidentiary hearing shall commence on August 7, 2017.

DATED:  March 16, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE