IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. BREAUX,<br><br>           Petitioner,<br><br>   vs.<br><br>RON DAVIS, Warden of the California State Prison at San Quentin,<br><br>           Respondent. | Case No. 2:93-cv-0570 JAM-EFB (TEMP)<br><br>**DEATH PENALTY CASE**<br><br>ORDER GRANTING LEAVE TO CONDUCT DISCOVERY |

The parties having agreed to conduct depositions of lay and expert witnesses to obtain material probative information which is pertinent to the issues presently before the court and the subject of the upcoming evidentiary hearing, and good cause appearing,

IT IS HEREBY ORDERED:

This Court hereby grants the parties leave to conduct discovery as set forth in the parties' stipulation (ECF No. 296). Accordingly, the Court authorizes the issuance of subpoenas to compel the appearance of witnesses for depositions.

The United States Marshall's Service is hereby authorized to serve Mr. Abelardo Alvarado with notice of his deposition.

DATED: April 19, 2016.

*[signature: Edmund F. Brennan]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE