HEATHER E. WILLIAMS, #122664
Federal Defender
BRIAN ABBINGTON, TX Bar #00790500
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-6666
Fax: (916) 498-6656
Brian_Abbington@fd.org

RICHARD C. NEUHOFF, #54215
11 Franklin Square
New Britain, CT 06051
Tel: (860) 229-0433
Fax: (860) 348-1942
rcneuhoff@earthlink.net

Attorneys for Petitioner
DAVID ANTHONY BREAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID ANTHONY BREAUX**, | Case No.  2:93-cv-00570-JAM-EFB (TEMP) |
| Petitioner, | **DEATH PENALTY CASE** |
| vs. | **ORDER** |
| **RON DAVIS, Warden of San Quentin State Prison**, | |
| Respondent. | |

On March 16, 2016, this court entered an order scheduling depositions, pre-hearing motions, and an evidentiary hearing.  ECF No. 295.  Petitioner David A. Breaux has requested the court adjust the schedule by ninety (90) days due to the death of Quin Denvir, who had represented Mr. Breaux in these proceedings since April 23, 1993.  Respondent does not oppose the request.

The court finds the schedule proposed by the petitioner to be appropriate and supported by good cause. Accordingly, IT IS HEREBY ORDERED as follows:

1. By June 29, 2017, the parties shall complete all depositions of lay and expert witnesses.

2. All pre-hearing motions shall be briefed and noticed for hearing to be held no later than October 20, 2017.  *See* E.D. Cal. Local Rule 230(b).  The parties shall comply with Local Rule 230(c) and (d) for the filing of any opposition and reply briefs concerning any such motions.

3. The evidentiary hearing shall commence on November 6, 2017.

**IT IS SO ORDERED.**

DATED:  June 28, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE