IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY BREAUX, | Case No. 2:93-cv-00570-JAM-DB |
| Petitioner, | **DEATH PENALTY CASE** |
| vs. | |
| RON DAVIS, Warden of San Quentin State Prison, | **ORDER GRANTING LEAVE TO CONDUCT DEPOSITION** |
| Respondent. | |

The parties having stipulated to taking the testimonial deposition of Melvin Lyle Gonzales, pursuant to previous court order (Doc. 304), and further having stipulated to take that deposition of Melvin Lyle Gonzales, California Department of Corrections and Rehabilitation inmate number D-83154, on September 7, 2018, at 1:00 pm in Valley State Prison, 21633 Avenue 24, Chowchilla, California 93610, to be recorded by a stenographer and videographer. (ECF No. 307.)

Good cause appearing, IT IS HEREBY ORDERED that the court grants the parties leave to conduct the videotaped, stenographic deposition of Melvin Lyle Gonzales, CDCR# D-83154, on September 7, 2018, at 1:00 p.m. at Valley State Prison, 21633 Avenue 24, Chowchilla, California, 93610.

DATED: July 24, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders-capital/breaux Gonzales depo