UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY BREAUX,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, San Quentin State Prison,<br><br>　　　　　　Respondent. | No. 2:93-cv-0570 JAM DB<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

Due to the change in the hearing date for the parties' motions regarding the evidentiary hearing, the following changes to the briefing schedule for those motions are HEREBY ORDERED:

1. Any motions regarding the evidentiary hearing shall be filed by October 24, 2019.
2. Oppositions shall be filed by November 5, 2019. Any reply briefs shall be filed by November 11, 2019.

Dated: August 2, 2019

　　　　　　　　　　　　　　　　　　　　/s/ Deborah Barnes
　　　　　　　　　　　　　　　　　　　　DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB:9/DLB1/orders.capital/breaux.pre evi sked.or2

1