HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
BRIAN ABBINGTON, TX Bar No. 00790500
Assistant Federal Defender
Brian_Abbington@fd.org
DAVID H. HARSHAW, KY Bar No. 86435
David_Harshaw@fd.org
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-6666
Fax: (916) 498-6656

Attorneys for Petitioner
DAVID ANTHONY BREAUX

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY BREAUX,<br><br>     Petitioner,<br><br>v.<br><br>RON DAVIS, WARDEN, California State Prison at San Quentin,<br><br>     Respondent. | Case No. 2:93-cv-00570-JAM-DB<br><br>**DEATH PENALTY CASE**<br><br>**PETITIONER'S WITNESS LIST**<br><br>Judge: The Honorable Deborah Barnes |

On May 1, 2019, this Court ordered that by October 1, 2019, the parties shall complete any outstanding discovery depositions and all depositions in lieu of testimony of witnesses, shall file final lists for the evidentiary hearing, and shall informally provide to the opposing party any outstanding discovery regarding witnesses who will testify at the evidentiary hearing. Doc. 318.

Pursuant to said Order, undersigned counsel for Mr. Breaux submits for filing this list of

1 | potential witnesses for the evidentiary hearing on December 9, 2019.

Dated: September 24, 2019					Respectfully Submitted,

								HEATHER E. WILLIAMS
								Federal Defender

								/s/*Brian Abbington*
								BRIAN ABBINGTON
								Assistant Federal Defender

								*/s/ David Harshaw*
								DAVID HARSHAW
								Assistant Federal Defender

								Attorneys for Petitioner
								DAVID A. BREAUX

## PETITIONER'S WITNESSES

1. Dr. Jonathan J. Lipman, Ph.D., 150 Hawk Ridge Road, Unicoi, TN 37692.

2. Dr. Gretchen E. White, Ph.D., 2625 Alcatraz Ave., Suite 125, Berkeley CA 94705.

3. Richard G. Fathy, Esq., 555 University Ave., Suite 257, Sacramento, CA 95825.

4. Thomas A. Wirtz, Esq., 917 G Street, Sacramento, CA 95814-1801.

5. James S. Thomson, Esq., 732 Addison Street, Berkeley, CA 94710

Dated: September 24, 2019            Respectfully Submitted,

                                     HEATHER E. WILLIAMS
                                     Federal Defender

                                     */s/Brian Abbington*
                                     BRIAN ABBINGTON
                                     Assistant Federal Defender

                                     */s/ David Harshaw*
                                     DAVID HARSHAW
                                     Assistant Federal Defender

                                     Attorneys for Petitioner
                                     DAVID A. BREAUX