UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY BREAUX,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, San Quentin State Prison,<br><br>　　　　　Respondent. | No. 2:93-cv-0570 JAM DB<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

The parties have jointly requested a continuation of the evidentiary hearing currently set to begin on December 9, 2019 and amendment of the pre-evidentiary hearing scheduling order. (ECF No. 324.) They seek permission to propose a new evidentiary hearing schedule by February 25, 2020.

Good cause appearing, the parties' request (ECF No. 324) is granted and IT IS HEREBY ORDERED that:

1. The evidentiary hearing currently scheduled to begin on December 9, 2019 is vacated;
2. The pre-evidentiary hearing dates set out in the court's May 1, 2019 order are vacated;
3. By February 25, 2020, the parties shall file a joint proposed schedule for the following: (a) filing and exchanging final witness lists and exhibit lists; (b) meeting and conferring regarding any possible stipulations to exhibits and foundations to exhibits; (c) filing any stipulations regarding exhibits and foundations to exhibits; and

| | |
|---|---|
| 1 | (d) filing any pre-hearing motions. Thereafter, the court will set a new date for the |
| 2 | evidentiary hearing. |

Dated: October 2, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/orders.capital/breaux.evi hrg eot