UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY BREAUX,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>WARDEN, San Quentin State Prison,<br><br>　　　　　　Respondent. | No. 2:93-cv-0570 JAM DB<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

Upon considering the joint request for a proposed schedule for pre-evidentiary hearing matters (ECF No. 326), this court HEREBY ORDERS the following schedule:

1. The parties shall complete all discovery by November 27, 2020; and

2. On or before December 4, 2020, the parties shall file a joint proposed schedule for the remaining pre-evidentiary hearing matters.

Dated: March 3, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/orders.capital/breaux pre evi sked.or3

1