1

2

3

4

5

6

7

8                                    IN THE UNITED STATES DISTRICT COURT

9                                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

DAVID ANTHONY BREAUX,                            Case No. 2:93-cv-00570-JAM-DB

12
                                   Petitioner,    DEATH PENALTY CASE
13
          v.                                      ORDER
14

15   RON DAVIS, Warden of San Quentin State
     Prison,
16
                                   Respondent.
17

18          Upon considering the joint request for continuation of a proposed schedule for discovery

19   and pre-evidentiary hearing matters, and good cause appearing, IT IS HEREBY ORDERED that:

20              1.  The parties' request (ECF No. 330) is granted; and

21              2.  The parties shall file an updated Joint Proposed Schedule for completion of

22   discovery and pre-evidentiary hearing matters by November 5, 2021.

23   Dated:  June 14, 2021

24

25

26                                                DEBORAH BARNES
                                                  UNITED STATES MAGISTRATE JUDGE
27   DLB:9/DB Prisoner Inbox/Capital/breaux.jt stmt re sch eot(3)

28