IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY BREAUX,<br><br>　　　　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>　　　　　　　　　　　　　Respondent. | 2:93-cv-00570-JAM-DB<br><br>ORDER |

　　Upon considering the joint request for proposed schedule for completion of discovery and pre-evidentiary hearing matters, the Court orders the following schedule:

　　1. Respondent's counsel shall file a Motion to Depose Mr. Breaux no later than April 15, 2022;

　　2. Petitioner's counsel shall contact, no later than April 15, 2022, Dr. Gretchen White to determine the feasibility of scheduling a deposition given her schedule as well as pandemic concerns; and

////

////

////

3. Petitioner's and Respondent's respective counsels will file an updated Joint Schedule with the Court no later than April 15, 2022.

IT IS SO ORDERED.

DATED: November 9, 2021

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/capital/R/breaux sched eot