IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY BREAUX,<br><br>                              Petitioner,<br><br>         v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>                              Respondent. | Case No. 2:93-cv-00570-JAM-DB<br><br>ORDER |

The parties' joint request (ECF No. 334) to continue the deadline for their joint statement regarding scheduling is granted. By July 15, 2022, the parties shall file a joint statement proposing a deadline for all remaining discovery and for all other pre-evidentiary hearing matters, as described in the court's October 2, 2019 order.

IT IS SO ORDERED.

Dated:  April 19, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/capital/R/breaux.pre evi stmt eot