IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY BREAUX,<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>RON BROOMFIELD, Warden of San Quentin State Prison,<br><br>　　　　　　　　　　　　Respondent. | Case No. 2:93-cv-00570-JAM-DB<br><br>ORDER |

　　　The parties met and conferred, and filed a joint statement requesting that they be permitted to depose Mr. Breaux's expert, Dr. Gretchen White, on November 30, 2022 to preserve her testimony, and that they schedule and proceed on the discovery deposition of Dr. Jonathan Lipman by December 31, 2022.  The parties also requested to file an additional joint statement on January 6, 2023 to propose final discovery deadlines prior to setting the evidentiary hearing.

　　　Upon considering the parties' joint request, IT IS HEREBY ORDERED as follows:

　　　1. The parties shall complete the deposition of Dr. Gretchen White on November 30, 2022 to preserve her testimony.

　　　2. The parties shall complete a discovery deposition of Dr. Jonathan Lipman by December 31, 2022.

////

3. The parties shall file a joint statement by January 6, 2023 to propose final discovery deadlines prior to setting an evidentiary hearing.

Dated: July 19, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/capital/R/breax.jt stmt eot