IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY BREAUX,<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>RONALD BROOMFIELD, Warden of San Quentin State Prison,<br><br>　　　　　　　　　　　　Respondent. | No. 2:93-cv-00570 DJC DB<br><br>ORDER |

The parties seek an extension of time to file a joint statement proposing final discovery deadlines prior to setting an evidentiary hearing.

Good cause appearing, IT IS HEREBY ORDERED that the parties' request (ECF No. 343) is granted. The parties shall file the joint statement on or before August 1, 2023.

Dated: May 8, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/capital/R/breaux jt stmt eot 8 2023