UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY BREAUX, | No. 2:93-cv-0570 JAM DB |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel with a habeas petition. Respondent requests additional time to file a proposed schedule for pre-evidentiary hearing discovery in order to consult with an expert. Petitioner does not oppose the request.

Good cause appearing, IT IS HEREBY ORDERED that respondent' request is granted. By December 1, 2023, the parties shall file a joint statement proposing final discovery deadlines.

Dated:  August 7, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/capital/R/breaux.jt stmt re sch eot 12 2023

1