IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY BREAUX,<br><br>                              Petitioner,<br><br>       v.<br><br>RONALD BROOMFIELD, Warden of San Quentin State Prison,<br><br>                              Respondent. | Case No. 2:93-cv-0570 DJC DB<br><br>ORDER |

Petitioner, a state prisoner under sentence of death, is proceeding through counsel with a petition for a writ of habeas corpus. In a December 5, 2023 order, this court set a deadline of February 1 for Dr. Gugelmann's Rule 26 report. Respondent seeks a one-week extension of time to file the report. The parties met and conferred. They agree to the one-week extension. In addition, they propose a deadline of July 5, 2024 to complete Dr. Gugelmann's testimonial deposition and a deadline of July 12, 2024 to file a joint statement proposing further dates.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Respondent shall file Dr. Gugelmann's Rule 26 report by February 8, 2024;

////

////

2. The parties shall complete Dr. Gugelmann's testimonial deposition by July 5, 2024; and

3. The parties shall file a further joint statement by July 12, 2024.

Dated: February 1, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/capital/breaux.sch eot