UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY BREAUX,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | No.  2:93-cv-0570 DJC DB<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

Petitioner is a condemned state prisoner proceeding through counsel with a petition for a writ of habeas corpus under 28 U.S.C. §2254.  The parties jointly request an extension of time to complete Dr. Gugelmann's testimonial deposition and to file a joint statement with counsels' proposed plan for the remaining litigation.

Upon considering the parties' joint request, and good cause appearing, IT IS HEREBY ORDERED that

1. The parties' joint request for an extension of time (ECF No. 352) is granted; and

////

////

////

////

////

1

2. The parties shall file a joint report by August 12, 2024 setting forth the agreed upon date for Dr. Gugelmann's testimonial deposition and a proposed plan for the remaining litigation.

Dated: July 18, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/capital/breaux.jt stmt eot