1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID ANTHONY BREAUX,                   No.  2:93-cv-0570 DJC SCR

12              Petitioner,                  DEATH PENALTY CASE

13        v.

14   RONALD BROOMFIELD, Warden, San          ORDER
     Quentin State Prison,
15
                Respondent.
16

17

18        Petitioner is a condemned state prisoner proceeding through counsel with a writ of habeas

19   corpus under 28 U.S.C. §2254.  In a joint statement filed August 12, 2024, the parties state that

20   they met and conferred and set a date of November 13, 2024 for Dr. Gugelmann's testimonial

21   deposition.  The parties request that the court order that the testimonies of Thomas Wirtz and

22   Richard Fathy may be taken by videotaped depositions.  The parties further request that the court

23   order the parties to file a joint statement with counsel's proposed plan for the remaining litigation

24   by December 2, 2024.

25        The court notes that respondent is identified as Brian Cates, Warden of California

26   Correctional Institution on the joint statement.  However, Ronald Broomfield, Warden of San

27   Quentin State Prison, is identified on the proposed order.  Mr. Broomfield is currently the

28   ////

1

respondent in this case.  If Mr. Cates should be substituted for Mr. Broomfield, the parties should so notify the court.

Upon considering the parties' joint request, and good cause appearing, IT IS HEREBY ORDERED as follows:

1.   The court grants the parties' request to complete the testimonies of Thomas Wirtz and Richard Fathy by videotaped deposition.

2.   The parties shall file a joint report by December 2, 2024 updating the court on the deposition of Dr. Gugelmann and suggesting further dates, or deadlines, for completion of the remaining depositions.

DATED: August 26, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2