1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DAVID ANTHONY BREAUX,<br><br>Petitioner,<br><br>v.<br><br>BRIAN CATES, WARDEN OF CALIFORNIA CORRECTIONAL INSTITUTION,<br><br>Respondent. | Case No. 2:93-cv-0570 DJC SCR P<br><br>ORDER |
|---|---|

Petitioner is a condemned state prisoner proceeding through counsel with a petition for a writ of habeas corpus under 28 U.S.C. §2254.  Pursuant to the Court's August 26, 2024 order, the parties met and conferred and now request that the Court order the parties to file a joint statement updating the Court on the status of the testimonial depositions of trial counsel Thomas Wirtz and Richard Fathy by April 1, 2025.

Good cause appearing, IT IS HEREBY ORDERED that by April 1, 2025, the parties shall file a joint report updating the Court on the status of the testimonial depositions of Thomas Wirtz

////

////

1  and Richard Fathy and suggesting further dates, or deadlines, for completion of any remaining
2  litigation.
3  DATED: December 10, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE