IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **David Anthony Breaux,**<br><br>    Petitioner,<br><br>    v.<br><br>**Ronald Broomfield, Warden of San Quentin State Prison,**<br><br>    Respondent. | Case No. 2:93-cv-00570-DJC-SCR<br><br>[~~PROPOSED~~] ORDER |

The parties met and conferred and scheduled the testimonial deposition of trial counsel, Richard Fathy, for July 17, 2025. The parties request that the Court order the parties to file a joint statement updating the Court on Mr. Fathy's deposition, and the scheduling of the testimonial deposition of trial counsel Thomas Wirth by August 1, 2025.

Upon considering the parties' joint request, the Court orders the following:

The parties shall file a joint report by August 1, 2025 updating the Court on the status of the testimonial depositions of Richard Fathy and Thomas Wirtz.

Dated: April 17, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1