IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **David Anthony Breaux,**<br><br>                              Petitioner,<br><br>        v.<br><br>**Brian Cates, Warden California Correctional Institution,**<br><br>                              Respondent. | Case No. 2:93-cv-00570-DJC-SCR<br><br>[~~PROPOSED~~] ORDER |

The parties met and conferred and scheduled the testimonial deposition of trial counsel, Richard Fathy, for September 25, 2025. The parties request that the Court order the parties to file a joint statement updating the Court on Mr. Fathy's deposition, and the scheduling of the testimonial deposition of trial counsel Thomas Wirth by October 21, 2025.

Upon considering the parties' joint request, the Court orders the following:

The parties shall file a joint report by October 21, 2025 updating the Court on the status of the testimonial depositions of Richard Fathy and Thomas Wirtz.

Dated: August 4, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE