IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **David Anthony Breaux,** | Case No. 2:93-cv-00570-DJC-SCR |
| Petitioner, | **[PROPOSED] ORDER** |
| **v.** | |
| **Brian Cates, Warden California Correctional Institution,** | |
| Respondent. | |

    The parties request that the Court order the parties to file a joint statement updating the Court on Mr. Fathy's deposition by January 9, 2026.

    Upon considering the parties' joint request, the Court orders the following:

    The parties shall file a joint report by January 9, 2026 updating the Court on the status of the testimonial deposition of Richard Fathy.

DATED: November 4, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE