IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **David Anthony Breaux,** | Case No. 2:93-cv-00570-DJC-SCR |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **Ronald Broomfield, Warden of San Quentin State Prison,** | |
| Respondent. | |

The parties have informed the Court that the testimonial deposition of trial counsel Richard Fathy is scheduled for March 6, 2026. The parties request that the Court order the parties to file a joint statement updating the Court on the scheduling of the testimonial deposition of trial counsel Thomas Wirtz on March 20, 2026.

Upon considering the parties' joint request, the Court orders the following:

The parties shall file a joint report by March 20, 2026 updating the Court on the status of the testimonial deposition of Richard Fathy.

Dated: January 20, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order (2:93-cv-00570-DJC-SCR)