IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **David Anthony Breaux,**<br><br>                                    Petitioner,<br><br>        **v.**<br><br>**Brian Cates, Warden of California Correctional Institute,**<br><br>                                    Respondent. | Case No. 2:93-cv-00570-DJC-SCR<br><br>**ORDER** |

The parties submitted a Joint Statement concerning difficulties in scheduling Mr. Fathy's deposition.  ECF No. 367.

Upon considering the parties' joint request, IT IS HEREBY ORDERED that:

The parties shall file a joint report by May 22, 2026 updating the Court on the status of the testimonial deposition of Richard Fathy.

DATED:  March 9, 2026.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

Order (2:93-cv-00570-DJC-SCR)