IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **David Anthony Breaux,**<br>Petitioner,<br>**v.**<br>**Thomas Valdez, Warden of California Correctional Institution,**<br>Respondent. | Case No. 2:93-cv-00570-DJC-SCR<br>**[~~PROPOSED~~] ORDER** |

The parties request that the Court order the parties to file a Joint Statement updating the Court on this case on December 4, 2026.

Upon considering the parties' joint request, the Court orders the following:

The parties shall file a Joint Statement by December 4, 2026, updating the Court on the status of counsel and future dates in the case.

Dated: October 20, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE